

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-13-00247-CV**

**IN RE BETTY PARKER ROWLEY**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 15, 2013
[OT06]